**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TAMMY SMITH, INDIVIDUALLY AND ON BEHALF OF A MINOR, S.S., <br><br> v. <br><br> MID-VALLEY SCHOOL DISTRICT, and SALISBURY BEHAVIORAL HEALTH, INC., d/b/a NEW STORY THROOP <br><br> Defendants. | CIVIL ACTION NO. 3:18-CV-00478 <br><br> (JUDGE CAPUTO) |

### ORDER

**NOW**, this 22nd day of June, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant Mid-Valley School District's Motion to Dismiss (*Doc.* 11) is **GRANTED.**

    (a) Counts I, III, V, and VIII of the Amended Complaint (*Doc.* 10) are **DISMISSED without prejudice** for lack of subject matter jurisdiction.


          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge